Department. October 12, 1909.) Action by Margaret P. Boyd against Alexander Boyd.
PER CURIAM. Order modified, by reducing the counsel fee from $2,246 to $1,346, and, as modified, affirmed, without costs.
HIRSCHBERG, P. J., votes for affirmance.

BOYER, Respondent, v. BOYER, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by Catherine L. Boyer against Frank W. Boyer. No opinion. Order affirmed on argument, with $10 costs and disbursements. See, also, 129 App. Div. 647, 114 N. Y. Supp. 15; 129 App. Div. 917, 114 N. Y. Supp. 1120.

BRADY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Mary Brady, as administratrix, etc., of Patrick Brady, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Reargument ordered, and case set down for Tuesday, November 16, 1909. See, also, 127 App. Div. 347, 111 N. Y. Supp. 507.

In re BRANDON. (Supreme Court, Appellate Division, Second Department. October 5, 1909.) In the matter of the application of Emanuel Brandon to review the action on September 21, 1909, of the inspectors of Democratic primary elections for election districts Nos. 1 and 2, Second assembly district, county of Queens. No opinion. Order affirmed, without costs.

BRAUN, Appellant, v. BUFFALO GENERAL ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Charles Braun, as administrator, etc., against the Buffalo General Electric Company. No opinion. Motion for leave to appeal to Court of Appeals denied, without costs. See, also, 117 N. Y. Supp. 1130.

BRECK v. UNITED STATES TITLE GUARANTY CO. (Supreme Court, Appellate Division, First Department. February, 1909.) Action by Charles J. Breck against the United States Title Guaranty Company. No opinion. See memorandum per curiam.

BREDEL, Respondent, v. KNASZAK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Peter M. Bredel against John Knaszak and others. No opinion. Judgment affirmed, with costs.

In re BRENNER. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) In the application of Jacob Brenner for license to practice as official examiner

of title. No opinion. Application granted, and bond approved.

BRINLEY, Appellant, v. STEINBRUGGE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Sylvester L. Brinley against Edward Steinbrugge and another. No opinion. Order modified, by providing that all the issues are referred to the referee named, and, as so modified, affirmed, without costs.

BRODY, Respondent, v. SONIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Samuel Brody against Morris Sonin and another. No opinion. Motion to dismiss appeal granted, with costs; there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal.

BRODY, Respondent, v. SONIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by Samuel Brody against Morris Sonin and another. No opinion. Motion for reargument granted, without costs, on condition that the appellants stipulate to submit the case within 10 days, if the respondent so elect; otherwise, motion denied, with $10 costs.

BROMLEY et al., Respondents, v. BROMLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by Charles V. Bromley and another against Daniel D. Bromley and others. No opinion. Order affirmed, with $10 costs and disbursements.

BROWER, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by John P. Brower against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BROWN, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by James Brown, as administrator, etc., against the Long Island Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
BURR, J., dissents.

BROWN, Appellant, v. RETSOF MINING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Edward W. Brown, as surviving partner, etc., against the Retsof Mining Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 127 App. Div. 368, 111 N. Y. Supp. 594; 114 N. Y. Supp. 1120.

BROWN et al., Respondents, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme

Court, Appellate Division, Second Department. October 23, 1909.) Action by Louis C. Brown and another against the Richmond Light & Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

BUCKLEY, WOODHULL & BURNS, Appellant, v. VAN KANNEL et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Buckley, Woodhull & Burns against Theophilus Van Kannel and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BUFFALO FIRE OFFICE, Inc., Appellant, v. MOORE & MUIR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by the Buffalo Fire Office, Incorporated, against the Moore & Muir Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

BUFFALO & L. E. TRACTION CO., Respondent, v. DEAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by the Buffalo & Lake Erie Traction Company against Stewart Dean and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

BUFFUM, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Henry T. Buffum against the Buffalo & Lake Erie Traction Company, impleaded

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that there is no evidence tending to establish negligence on the part of the defendant which was the proximate cause of the plaintiff's injury, that plaintiff failed to establish his freedom from contributory negligence, and upon the further ground that the court committed reversible error in refusing to charge as requested by the defendant.

---

BUGE, Appellant, v. NEWMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by Bernhard A. Buge against Minnie Newman. W. R. Hill, for appellant. W. Wills, for respondent. No opinion. Determination (61 Misc. Rep. 84, 113 N. Y. Supp. 198) affirmed, with costs. Order filed.

---

BURKE v. NEVILLE et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by William P. Burke against Margaret Neville and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re BUTLER'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) In the matter of the estate of J. Milton Butler, deceased. No opinion. Decree affirmed, with costs and disbursements.

---

CADMUS, Respondent, v. FRAZEE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Frank D. Cadmus against James L. Frazee. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

CADMUS, Respondent, v. FRAZEE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Frank D. Cadmus against James L. Frazee. No opinion. Final order of the Municipal Court affirmed, with costs.

---

CAFFERTY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Mazie L. Cafferty against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence upon the questions of defendant's negligence and plaintiff's freedom from contributory negligence.

SPRING, J., not sitting.

---

CALLANAN v. KEESVILLE, A. C. & L. C. R. CO. et al. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by Michael J. Callanan, suing individually and in behalf of other stockholders of the defendant railroad company similarly situated, against the Keesville, Ausable Chasm & Lake Champlain Railroad Company and others.

PER CURIAM. Judgment (115 N. Y. Supp. 779), as settled, modified to provide that the plaintiff, within 30 days from the service of a copy of this judgment and notice of entry, elect whether he will comply with the conditions upon which relief is here given. If he does not within that time elect to comply with said conditions, the complaint is dismissed, without costs. If he does elect to comply with said conditions, the accounting is to proceed as specified in the judgment appealed from, except that the defendants may have credit for the amount reasonably expended upon the said road and in its management up to the date of the entry of this judgment, and are to be charged with the receipts from the road to the same date. Hon. Lynn J. Arnold is appointed referee to take and state the accounts and report them to the court. Upon the confirmation of his report, defendants Powers & Mansfield may have judgment against the railroad company for the amount found due. Upon the payment of that judgment the defendants shall turn back to the company the road and its equipment and other property as specified in the original judgment. After the payment of said judgment and the